| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Justin T. Curley (SBN 233287) |
|   | jcurley@seyfarth.com |
| 3 | 560 Mission Street, 31st Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone:    (415) 397-2823 |
|   | Facsimile:     (415) 397-8549 |
| 5 | SEYFARTH SHAW LLP |
| 6 | Jeffrey A. Nordlander (SBN 308929) |
|   | jnordlander@seyfarth.com |
| 7 | 400 Capitol Mall, Suite 2350 |
|   | Sacramento, California 95814-4428 |
| 8 | Telephone:    (916) 448-0159 |
|   | Facsimile:     (916) 558-4839 |
| 9 | Attorneys for Defendant |
| 10 | THE JACKSON LABORATORY *dba* THE JACKSON LABORATORY, WEST |
| 11 | LAWYERS For JUSTICE, PC |
| 12 | Arby Aiwazian (SBN 269827) |
|   | aa@calljustice.com |
| 13 | Arman Marukyan (SBN 327150) |
|   | arman@calljustice.com |
| 14 | Dominic Scarangella (SBN 347695) |
|   | d.scarangella@calljustice.com |
| 15 | 410 West Arden Avenue, Suite 203 |
|   | Glendale, California 91203 |
| 16 | Telephone: (818) 265-1020 |
|   | Facsimile:  (818) 265-1021 |
| 17 | Attorneys for Plaintiff EMMALIE SEIJAS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMALIE SEIJAS, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act; | Case No. 2:24-cv-03423-DJC-AC |
| | HON. DANIEL J. CALABRETTA |
| Plaintiff, | **ORDER** |
| v. | Complaint filed: October 10, 2024 |
| THE JACKSON LABORATORY, an unknown business entity; THE JACKSON LABORATORY, WEST, a Maine corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

ORDER

Based on the Parties' Joint Stipulation, and good cause appearing therefor, the Court GRANTS the Parties' Joint Stipulation and orders as follows:

1. Defendant The Jackson Laboratory's deadline to respond to Plaintiff's Complaint is hereby extended to January 27, 2025.
2. Plaintiff shall file her Amended Complaint on or before January 27, 2025.

**IT IS ORDERED.**

Dated:  January 6, 2025                              /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE