SEYFARTH SHAW LLP
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendant
THE JACKSON LABORATORY *dba* THE JACKSON LABORATORY, WEST

LAWYERS For JUSTICE, PC
Arby Aiwazian (SBN 269827)
aa@calljustice.com
Arman Marukyan (SBN 327150)
arman@calljustice.com
Dominic Scarangella (SBN 347695)
d.scarangella@calljustice.com
450 North Brand Boulevard, Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

Attorneys for Plaintiff EMMALIE SEIJAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMALIE SEIJAS, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>                Plaintiff,<br><br>        v.<br><br>THE JACKSON LABORATORY, an unknown business entity; THE JACKSON LABORATORY, WEST, a Maine corporation; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 2:24-cv-03423-DJC-AC<br><br>Hon. Daniel J. Calabretta<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT THE JACKSON LABORATORY dba THE JACKSON LABORATORY, WEST TO FILE RESPONSIVE PLEADING AND FOR EXTENSION OF TIME FOR PARTIES TO FILE JOINT RULE 26(f) REPORT; ORDER**<br><br>Complaint filed: October 10, 2024 |

1 | Plaintiff Emmalie Seijas and Defendant The Jackson Laboratory *dba* The Jackson Laboratory, West, by their counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby stipulate to extending the time, by twenty-one (21) days, through and including January 27, 2025, for Defendant to file its responsive pleading to Plaintiff's Complaint.

WHEREAS, Plaintiff filed this action in Sacramento County Superior Court on October 18, 2024,

WHEREAS, Defendant removed Plaintiff's Complaint to this Court pursuant to the Class Action Fairness Act of 2005 on December 9, 2024,

WHEREAS, Defendant's responsive pleading deadline was initially December 16, 2024, which the Parties stipulated to extend by 21 days, until January 6, 2025, while the Parties met and conferred regarding Plaintiff's Complaint,

WHEREAS, pursuant to pursuant to Local Rule 144(a), this stipulation was automatically effective upon filing of this stipulation without further action by the Court,

WHEREAS, to address Defendant's contention that Plaintiff's Complaint does not comply with the pleading standards set forth in Federal Rule of Civil Procedure, Rule 8, Plaintiff has agreed to file an Amended Complaint,

WHEREAS, on January 3, 2025, the Parties filed a Joint Stipulation for Extension of Time For Defendant to File a Responsive Pleading to extend Defendant's responsive pleading deadline to January 27, 2025 which was signed into order on January 7, 2025,

WHEREAS, Plaintiff is preparing an Amended Complaint, but will be unable to file the Amended Complaint before Defendant's responsive pleading deadline on January 27, 2025,

WHEREAS, so that Defendant is not unnecessarily required to respond to Plaintiff's initial Complaint, by motion to dismiss or otherwise, pending Plaintiff's filing her Amended Complaint, the Parties hereby stipulate to extend Defendant's responsive pleading deadline by 14 days, or until February 10, 2025,

WHEREAS, the Parties current deadline to file their Joint Rule 26(f) Report is February 7, 2025,

///

///

1  WHEREAS, the so that the Parties may have adequate time to finalize the pleadings prior to
2  submitting their Joint Rule 26(f) Report, the Parties hereby stipulate to extend the Parties' deadline to
3  file their Joint Rule 26(f) Report by 21 days, or until February 28, 2025.
4  **IT IS SO STIPULATED**.

6  DATED: January 27, 2025                Respectfully submitted,
7                                          SEYFARTH SHAW LLP

9                                          By: */s/ Jeffrey A. Nordlander*
10                                             Justin T. Curley
                                               Jeffrey A. Nordlander
11                                         Attorneys for Defendant
                                           THE JACKSON LABORATORY *dba* THE
12                                         JACKSON LABORATORY, WEST

14  DATED: January 27, 2025                Respectfully submitted,
15                                          LAWYERS FOR JUSTICE, PC

17                                          By: */s/ Dominic Scarangella*
                                               Arman Marukyan
18                                             Dominic Scarangella
                                           Attorneys for Plaintiff
19                                         EMMALIE SEIJAS

Based on the Parties' Joint Stipulation, and good cause appearing therefor, the Court GRANTS the Parties' Joint Stipulation and orders as follows:

1. Defendant The Jackson Laboratory's deadline to respond to Plaintiff's Complaint is hereby extended to February 10, 2025.
2. Plaintiff shall file her Amended Complaint on or before February 10, 2025.
3. The Parties shall file their Joint Rule 26(f) Report on or before February 28, 2025.

**IT IS ORDERED.**

Dated: January 27, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE