Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Joshua H. Watson (SBN 238058)
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
jwatson@schneiderwallace.com

Arby Aiwazian (Cal. State Bar No. 269827)
        *aa@calljustice.com*
Arman Marukyan (Cal. State Bar No. 327150)
        *arman@calljustice.com*
Dominic Scarangella (Cal. State Bar No. 347695)
        *d.scarangella@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for Plaintiff Emmalie Seijas*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMALIE SEIJAS, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act; <br><br> Plaintiff, <br><br> vs. <br><br> THE JACKSON LABORATORY, an unknown business entity; THE JACKSON LABORATORY, WEST, a Maine corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03423-DJC-AC <br><br> [Removed from Sacramento Superior Court, Case No. 24CV020626] <br><br> Honorable Daniel J. Calabretta <br><br> **ORDER GRANTING STIPULATED REQUEST TO AMEND SCHEDULING ORDER AND ATTEND MEDIATION** <br><br> Complaint Filed: October 10, 2024 <br> FAC Filed: February 10, 2025 <br> Jury Trial Date: None Set |

ORDER GRANTING STIPULATED REQUEST TO AMEND SCHEDULING ORDER
AND ATTEND MEDIATION

323556664v.1

The Court, having considered the Parties' Stipulated Request to Amend the Scheduling Order and Attend Mediation, good cause appearing therefor, hereby GRANTS the stipulation and ORDERS as follows:

1.    The Court shall amend the Scheduling Order (Dkt. 20) as follows:

| | |
|---|---|
| Filing of Motion for Class Certification: | 9/30/2026 |
| Completion of Fact Discovery: | 5/1/2027 |
| Expert Disclosures: | 6/1/2027 |
| Disclosure of Rebuttal Experts: | 7/1/2027 |
| Completion of Expert Discovery: | 8/15/2027 |
| Filing of Dispositive Motions: | 9/15/2027 |
| Final Pretrial Conference: | 1/27/2028 at 1:30 PM |
| Jury Trial: | 3/27/2028 at 8:30 AM |

**IT IS SO ORDERED.**

Dated:  February 17, 2026          /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING STIPULATED REQUEST TO AMEND SCHEDULING ORDER
AND ATTEND MEDIATION

323556664v.1