AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| Emmalie Seijas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:24-cv-03423-DJC-AC |
| The Jackson Laboratory, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Emmalie Seijas                                                                                        .

Date:   June 5, 2026

_____
*Attorney's signature*

Brittany Shaw Carter CA Bar Number: 331773
_____
*Printed name and bar number*

Lawyers *for* Justice, P.C.
450 N. Brand Blvd., Suite 900
Glendale, California 91203
_____
*Address*

brittany@calljustice.com
_____
*E-mail address*

(818) 265-1020
_____
*Telephone number*

(818) 265-1021
_____
*FAX number*