Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Andrew J. Dickson (SBN 342692)
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
adickson@schneiderwallace.com

*Attorneys for Plaintiff*

[Additional Counsel Listed Next Page]

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

EMMALIE SEIJAS, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,

Plaintiff,

vs.

THE JACKSON LABORATORY, an unknown business entity; THE JACKSON LABORATORY, WEST, a Maine corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:24-cv-03423-DJC-AC

[Removed from Sacramento Superior Court, Case No. 24CV020626]

Honorable Daniel J. Calabretta

**ORDER TO VACATE DEADLINES PENDING SETTLEMENT AND SET HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL**

| | |
|---|---|
| Complaint Filed: | October 10, 2024 |
| FAC Filed: | February 10, 2025 |
| Jury Trial Date: | March 27, 2028 |

Arby Aiwazian (SBN 269827)
Arman Marukyan (SBN 327150)
Brittany Shaw Carter (SBN 331773)
Dominic Scarangella (SBN 347695)
Scarlet Tunney (SBN 359178)
**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021
aa@calljustice.com
arman@calljustice.com
brittany@calljustice.com
d.scarangella@calljustice.com
scarlet@calljustice.com

*Attorneys for Plaintiff*

Justin T. Curley (SBN 233287)
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
jcurley@seyfarth.com

Jeffrey A. Nordlander (SBN 308929)
**SEYFARTH SHAW LLP**
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839
jnordlander@seyfarth.com

*Attorneys for Defendant*
THE JACKSON LABORATORY dba
THE JACKSON LABORATORY, WEST

**ORDER**

The Court having considered the foregoing stipulation, good cause appearing, **IT IS HEREBY ORDERED** that all pending hearing dates, trial and pre-trial dates, and statutory deadlines, including any pending discovery, Motion for Class Certification, and deadline to submit dispositional documents are vacated.

The Court will also set a hearing on Motion for Preliminary Approval for the following date: February 4, 2027, at 1:30 PM.

**IT IS SO ORDERED**.

Dated: October 13, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE